Robert F. Hinton, Bar No. 98110
rfhinton@rkmc.com
Joel D. Covelman, Bar No. 97500
jdcovelman@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendants,
BEST BUY ENTERPRISE SERVICES, INC. and
BEST BUY CO., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDENTITY ARTS, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY ENTERPRISE SERVICES, INC., a Minnesota Corporation, BEST BUY CO., INC., a Minnesota Corporation, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. C 05-4656 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S PRELIMINARY INJUNCTION**<br><br>Original Hearing Date:<br>Date:   January 11, 2005<br>Time:   9:00 a.m.<br>Judge:  The Hon. Phyllis J. Hamilton<br><br>New Hearing Date:<br>Date:   January 18, 2005<br>Time:   9:00 a.m.<br>Judge:  The Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and among the plaintiff, Identity Arts, LLC and defendants, Best Buy Enterprise Services, Inc. and Best Buy Co., Inc., through their respective counsel, that plaintiff's Motion for Preliminary Injunction shall be continued at least seven (7) days to **January 18, 2006 at 9:00 a.m.** or such other time that the Court deems appropriate.

LA1 60115405.1

DATED: December 5, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: *(signature)*
Robert F. Hinton
Joel D. Covelman

Attorneys for Defendants, BEST BUY ENTERPRISE SERVICES, INC. AND BEST BUY CO., INC.

DATED: December 5, 2005

**BRADSHAW & ASSOCIATES. P.C.**

By: *(signature)*
Drexel A. Bradshaw
Milla L. Lvovich

Attorneys for Plaintiff, IDENTITY ARTS, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's Motion for Preliminary Injunction in this matter shall be continued to January 18, 2006 at 9:00 a.m.

DATED: 12/7/05

*(signature)*
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

LA1 60115405.1 — -2- — STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR PRELIMINARY INJUNCTION - C 05-4656 PJH