Drexel A. Bradshaw (SBN 209584)
Bradshaw & Associates, P.C.
575 Market Street, 22nd Floor
San Francisco, CA 94105
Phone: (415) 433-4800
Fax:    (415) 433-4841
drexel@bradshawassociates.com

Attorneys for Plaintiff Identity Arts, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Identity Arts, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Best Buy Enterprise Services, Inc., a Minnesota Corporation, Best Buy Co., Inc., a Minnesota Corporation, and DOES 1 through 100 inclusive,<br><br>    Defendants. | CASE NO.: C-05-04656-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION BY COUNSEL TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR AN ORDER DISMISSING FOURTH AND FIFTH CLAIMS OF THE COMPLAINT |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendants' Motion for an Order Dismissing the Fourth and Fifth Claims of the Plaintiff's Complaint shall be continued to _February 15_, 2006, at __9:00__ a.m., thereby altering due dates for Plaintiff's Opposition to the Motion and Defendants' Reply to Plaintiff's Opposition accordingly.

Dated: 1/13/06

_____
Judge Phyllis J. Hamilton