1  Robert F. Hinton, Bar No. 98110
   rfhinton@rkmc.com
2  Joel D. Covelman, Bar No. 97500
   jdcovelman@rkmc.com
3  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3700
4  Los Angeles, CA  90067-3211
   Telephone:  (310) 552-0130
5  Facsimile:  (310) 229-5800

6  Attorneys for Defendants,
   BEST BUY ENTERPRISE SERVICES, INC. and
7  BEST BUY CO., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IDENTITY ARTS, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>        v.<br><br>BEST BUY ENTERPRISE SERVICES, INC., a Minnesota Corporation, BEST BUY CO., INC., a Minnesota Corporation, and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No.  C 05-4656 PJH<br><br>**[PROPOSED] ORDER ON APPLICATION BY DEFENDANTS, BEST BUY ENTERPRISE SERVICES, INC. AND BEST BUY CO., INC., FOR AN ORDER PERMITTING THE USE OF VIDEO PROJECTOR ON JANUARY 18, 2006, IN CONNECTION WITH HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

GOOD CAUSE APPEARING THEREFOR in the application by Defendants;

IT IS HEREBY ORDERED THAT:

Counsel for Defendants, Best Buy Enterprise Services, Inc. and Best Buy Co., Inc., are permitted to bring into the courtroom on January 18, 2006, and use in connection with Defendants' argument on Plaintiff's motion for preliminary injunction, the following audio-visual equipment:

/ / /

/ / /

/ / /

1. NEC model LT156 video projector, or equivalent video projector; and
2. Laptop computer to be connected to the video projector.

IT IS SO ORDERED.

DATED: January __17__, 2006



_____
HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES