1

2

3    **NOT FOR CITATION**

4    UNITED STATES DISTRICT COURT

5    NORTHERN DISTRICT OF CALIFORNIA

6

7

8    IDENTITY ARTS, a California Limited
     Liability Company,

9             Plaintiff,                        No. C-05-4656 PJH

10       v.                                      **ORDER GRANTING DEFENDANTS'
                                                 MOTION TO DISMISS AND GRANTING**
11   BEST BUY ENTERPRISE SERVICES INC.,          **LEAVE TO AMEND COMPLAINT**
     a Minnesota Corporation, BEST BUY CO.,
12   a Minnesota Corporation, and DOES 1
     through 100 inclusive,

13
              Defendants.
14   _____/

15       Defendants' motion to dismiss claims four and five of plaintiff's complaint came on

16   for hearing before this court on February 15, 2006.  Plaintiff Identity Arts, LLC ("Identity

17   Arts") appeared through its counsel, Drexel A. Bradshaw, and defendants Best Buy

18   Enterprise Services Inc., and Best Buy Co. ("Best Buy"), appeared through its counsel,

19   Robert F. Hinton and Joel D. Covelman.  Having carefully reviewed the parties' papers and

20   considered the arguments and the relevant legal authority, and good cause appearing, the

21   court hereby GRANTS defendants' motion for the reasons stated at the hearing and

22   summarized as follows.

23       Plaintiff's causes of action for unfair competition pursuant to the California

24   Business and Professions Code section 17200 and for unjust enrichment are dismissed

25   because they are preempted by the Copyright Act, 17 U.S.C. § 301.  See Kodadek v. MTV

26   Networks, 152 F.3d 1209, 1212 (9th Cir. 1998).

27

28

1

1    Identity Arts is GRANTED leave to amend its complaint.  However, as the court

2  noted at the hearing, the amended complaint has already been filed.  Accordingly, Best Buy

3  shall file its response no later than March 17, 2006.

4

5  **IT IS SO ORDERED.**

6  Dated: February 21, 2006

7  _____

8  PHYLLIS J. HAMILTON
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2