United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDENTITY ARTS, a California Limited Liability Company,<br><br>             Plaintiff,<br><br>      v.<br><br>BEST BUY ENTERPRISE SERVICES INC., a Minnesota Corporation, et al.,<br><br>             Defendants.<br>_____/<br>GEE JEFFERY & PARTNERS ADVERTISING, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>BEST BUY CO., INC., et al.,<br><br>             Defendants.<br>_____/ | No. C 05-4656 PJH<br>No. C 06-1631 PJH<br><br>**ORDER CLARIFYING CONSOLIDATION ORDER** |

On April 10, 2006, the court issued an order granting the parties' motion to consolidate the above-referenced actions, case no. 05-4656 (Best Buy I) and case no. 06-1631 (Best Buy II). Under the court's record-keeping procedures, this order had the formal effect of subsuming the later-filed case number within the earlier filed case number, and would normally further require the redesignation of the consolidated case captions, so that all matters might be referenced by a single caption and a single case number (e.g., In re Best Buy).

This is not the court's intention. The two instant cases are to be treated as consolidated cases only for all discovery and pretrial purposes. The cases are not

consolidated for trial purposes. Accordingly, the court clarifies its consolidation order as follows:

To the extent that the court's consolidation order of April 10, 2006 requires a redesignation of the individual case numbers and captions into a single number and caption, the court orders that the cases be unconsolidated. Both cases are to retain their individual case numbers and case captions, and shall continue to be referenced in accordance with same in all future filings. For all practical purposes, however, the court will continue to treat the cases as consolidated for all discovery and pretrial purposes.

To that end, the court further orders the parties in Best Buy II to attend a case management conference to be held in conjunction with the case management conference already scheduled in the Best Buy I case. The case management conference shall be held on **May 11, 2006** at **2:30 p.m.**, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 13, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge