```
 1  Drexel A. Bradshaw (SBN 209584)
    Scott A. Freedman (SBN 240872)
 2  Bradshaw & Associates, P.C.
    575 Market Street, 22nd Floor
 3  San Francisco, CA 94105
    Phone: (415) 433-4800
 4  Fax:   (415) 433-4841
    drexel@bradshawassociates.com
 5
 6  Attorneys for Plaintiff Identity Arts LLC
 7
 8                    UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  Identity Arts, a California Limited Liability   CASE NO.: C-05-04656-PJH
    Company,
13                                                  RELATED CASE NO.: C-06-1631 PJH
                 Plaintiff,
14                                                  JOINT STIPULATION AND [PROPOSED]
           vs.                                      ORDER REGARDING FILING OF
15                                                  IDENTITY ARTS LLC'S SECOND
                                                    AMENDED COMPLAINT
16  Best Buy Enterprise Services, Inc., a Minnesota
    Corporation, Best Buy Co., Inc., a Minnesota    [No Hearing Requested]
17  Corporation, and DOES 1 through 100 inclusive,
18               Defendants.
19
20
21
22  Gee Jeffery & Partners Advertising, Inc.,
23               Plaintiff,
24         vs.
25  Best Buy Co,, Inc., et al.,
26               Defendants.
27
28
```

- 1 -

*Identity Arts, LLC v. Best Buy Enterprise Services, Inc. et al. –Joint Stipulation and [Proposed] Order Regarding Filing of Identity Arts LLC's Second Amended Complaint -C05-4656 PJH*
C:\Documents and Settings\covejd\Local Settings\Temporary Internet Files\OLK53\Stipulation on Filing of Second Amended    Complaint-SF-1039.DOCLast printed 6/16/2006 9:35:00 AM

1.  WHEREAS, counsel for Identity Arts, LLC in Northern District of California case no.: C-05-04656 PJH ("Best Buy Action I") having informed all parties of its intention to file a Second Amended Complaint; and

2.  WHEREAS, counsel for Best Buy Enterprise Services, Inc. and Best Buy Co., Inc. (the "Best Buy Defendants"), in Best Buy Action I having agreed to the filing of Identity Arts LLC's Second Amended Complaint,

IT IS HEREBY STIPULTATED AND AGREED by and between all parties to Best Buy Action I, through their respective attorneys, that Identity Arts shall file its Second Amended Complaint in Best Buy Action I based upon this stipulation, without need of a noticed motion seeking leave of court to do so.

IT IS HEREBY ALSO STIPULATED AND AGREED by and between all parties to Best Buy Action I, through their respective attorneys, that the Best Buy Defendants shall have fifteen days from June 15, 2006, through and including June 30, 2006, to respond to Identity Arts' Second Amended Complaint in Best Buy Action I.

Dated: June 16, 2006

SO STIPULATED.

| BRADSHAW & ASSOCIATES, P.C. | ROBINS, KAPLAN, MILLER & CIRESI, LLP |
|---|---|
| By: _____<br>Drexel A. Bradshaw<br>575 Market Street, 22nd Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-4800<br>Attorneys for Identity Arts LLC | By: _____<br>Joel D. Covelman<br>2049 Century Park East, Suite 2700<br>Los Angeles, CA 90067-3211<br>Phone: (310) 552-0130<br>Attorneys for Best Buy Enterprise Services, Inc., Best Buy Co., Inc., |

///

///

*Identity Arts, LLC v. Best Buy Enterprise Services, Inc. et al. –Joint Stipulation and [Proposed] Order Regarding Filing of Identity Arts LLC's Second Amended Complaint -C05-4656 PJH*
C:\Documents and Settings\covejd\Local Settings\Temporary Internet Files\OLK53\Stipulation on Filing of Second Amended    Complaint-SF-1039.DOCLast printed 6/16/2006 9:35:00 AM

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that Identity Arts shall be allowed to file its Second Amended Complaint in the Best Buy Action I.

IT IS FURTHER ORDERED that Defendants Best Buy Co, Inc. and Best Buy Enterprise Services, Inc. shall have fifteen days from June 15, 2006, through and including June 30, 2006, to file a response to Identity Arts' Second Amended Complaint.

Dated: ~~June~~ _____, 2006
     July 10



Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

- 3 -
*Identity Arts, LLC v. Best Buy Enterprise Services, Inc. et al. –Joint Stipulation and [Proposed] Order Regarding Filing of Identity Arts LLC's Second Amended Complaint -C05-4656 PJH*
C:\Documents and Settings\covejd\Local Settings\Temporary Internet Files\OLK53\Stipulation on Filing of Second Amended     Complaint-SF-1039.DOCLast printed 6/16/2006 9:35:00 AM