Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  thomasburke@dwt.com

Catherine E. Maxson (CA State Bar No. 187509)
DAVIS WRIGHT TREMAINE LLP
2600 Century Square, 1501 Fourth Avenue
Seattle, Washington, 98101-1688
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  catherinemaxson@dwt.com

Attorneys for Identity Arts LLC, David Scott Janssen, and David Bobrow

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IDENTITY ARTS, a California Limited Liability Company, | Case No. C 06-01631 PJH |
| Plaintiff, | Consolidated with Case No. C 05-04656 PJH |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CHANGING THE DATE OF THE SETTLEMENT CONFERENCE |
| BEST BUY ENTERPRISE SERVICES, INC., et al. | |
| Defendants. | |
| GEE JEFFERY & PARTNERS ADVERTISING, INC., | |
| Plaintiff, | |
| v. | |
| BEST BUY CO., INC., et al., | |
| Defendants. | |

DAVIS WRIGHT TREMAINE LLP

STIPULATION
CASE NO. C 06-01631

SEA 1858295v1 80992-1

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel that the date of the settlement conference in this case shall be moved from October 10, 2006 to January 11, 2007; the time and place for the conference shall not change from those set by Magistrate Judge Spero in his July 21, 2006 Order.

The reason for the postponement of the settlement conference is to provide time for any motions that defendants may file under Fed. R. Civ. P. 12(c) to be decided prior to the date of the settlement conference. The deadline for filing such motions is not until September 29, 2006. Counsel has already confirmed that Magistrate Judge Spero is available for a settlement conference on January 11, 2007.

DATED: September 18, 2006.        DAVIS WRIGHT TREMAINE LLP

                                  By:   */s/ Thomas R. Burke*
                                        Thomas R. Burke
                                        Attorneys for Identity Arts LLC, David Scott
                                        Janssen, and David Bobrow

DATED: September 18, 2006.        BRADSHAW & ASSOCIATES

                                  By:   */s/ Scott A. Freedman*
                                        Scott A. Freedman
                                        Attorneys for Identity Arts LLC

DATED: September 18, 2006.        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                  By:   */s/ Robert F. Hinton*
                                        Robert F. Hinton
                                        Attorneys for AMC Entertainment, Inc.

DATED: September18, 2006.         DERGOSITS & NOAH LLP

                                  By:   */s/ Michael E. Dergosits*
                                        Michael E. Dergosits
                                        Attorneys for Gee Jeffery & Partners

1

DATED: September 18, 2006.                          HOLME ROBERTS & OWEN LLP

                                                    By:  /s/ Roger R. Myers
                                                         Roger R. Myers
                                                         Attorneys for Best Buy Co., Inc., Best Buy
                                                         Enterprise Services, Inc., and Sprint Corporation

IT IS SO ORDERED.

DATED:  September 21 , 2006

**The** ~~Honorable Phyllis J. Ham~~**ilton**
United ~~States District Court Judge~~

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

DAVIS WRIGHT TREMAINE LLP

2

STIPULATION
CASE NO. C 06-01631                                                       SEA 1858295v1 80992-1