Robert F. Hinton (SBN 98110)
rfhinton@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendant,
AMC Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GEE JEFFREY & PARTNERS ADVERTISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., a Minnesota corporation, IDENTITY ARTS, LLC, a California Limited Liability Company, SPRINT CORPORATION, a Kansas corporation, AMC ENTERTAINMENT INC., a Delaware corporation, DAVID SCOTT JANSSEN, an individual, DAVID BOBROW, an individual, and DOES 1 through 100 inclusive , <br><br> Defendants. | Case No. C 06-01631 PJH <br>     related to <br> Case No. C 05-04656 PJH <br><br> **NOTICE OF CHANGE OF COUNSEL OF RECORD FOR DEFENDANT, AMC ENTERTAINMENT, INC.** <br> AND ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robins, Kaplan, Miller & Ciresi L.L.P., attorneys of record for defendant, AMC ENTERTAINMENT, hereby changes counsel of record in the above-entitled matter. Joel D. Covelman is no longer counsel of record for defendant. Counsel of record for defendant is now:

/ / /

1  Robert F. Hinton, State Bar No. 98110

2  Robins, Kaplan, Miller & Ciresi L.L.P.

3  2049 Century Park East, Suite 3700

4  Los Angeles, California  90067-3211

5  Phone: (310) 552-0130

6  Fax:   (310) 229-5800

7  E-Mail: rfhinton@rkmc.com

8   Please address all correspondence, notices, e-notices and pleadings pertaining to this
9  matter accordingly.

10

11  DATED:  August 9, 2006          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

12                                  By:   /S/ Robert F. Hinton
13                                        Robert F. Hinton

14                                  Attorneys for Defendant,
                                    AMC ENTERTAINMENT, INC.



IT IS SO ORDERED
Judge Phyllis J. Hamilton

9/21/06

LA1 60130239.1     - 2 -       NOTICE OF CHANGE OF COUNSEL
                               OF RECORD - C 06-01631 PJH