Robert F. Hinton, Bar No. 98110
RFHinton@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:    310-552-0130
Facsimile:     310-229-5800

Attorneys for Defendants
BEST BUY ENTERPRISE SERVICES, INC. and
BEST BUY CO., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IDENTITY ARTS, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY ENTERPRISE SERVICES, INC., a Minnesota Corporation, BEST BUY CO., INC., a Minnesota Corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.  C 05-4656 PJH<br>related to<br>Case No. C 06-1631 PJH<br><br>[Assigned For All Purposes To The Honorable Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATION ON REPLY**<br><br>Date:         November 29, 2006<br>Time:        9:00 a.m.<br>Courtroom: 3 |

WHEREAS, Defendants Best Buy Enterprise Services, Inc. and Best Buy Co., Inc. (collectively, "Best Buy") have filed a Motion for Judgment on the Pleadings seeking dismissal of all six claims for relief in the pending Second Amended Complaint;

WHEREAS, Plaintiff Identity Arts has filed its Opposition thereto;

/ / /

/ / /

WHEREAS, Best Buy having advised Plaintiff of its position that the 15-page limitation normally applicable to a reply brief would be inadequate given the number of legal issues before the Court and the extensive case law raised in Plaintiff's Opposition;

WHEREAS, Best Buy having requested a short extension of this page limitation to up to 20 pages to allow it to adequately brief the issues raised in Plaintiff's Opposition, Best Buy contending the grant of such an extension would be in the interests of justice, and Plaintiff having agreed to said extension request:

THE PARTIES HEREBY STIPULATE, subject to Court approval, that Best Buy shall be allowed to file a Reply brief of up to 20 pages in length.

DATED: November 6, 2006        **BRADSHAW & ASSOCIATES, P.C.**

By:   /S/ Scott A. Freedman
      Scott A. Freedman

DATED: November 6, 2006        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Robert F. Hinton
      Robert F. Hinton
      David Martinez

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Executed this 6th day of November 2006, at Los Angeles, California.

/S/ Robert F. Hinton

/ / /

/ / /

/ / /

/ / /

LA1 60136303.1        - 2 -        STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATION ON REPLY
Case No. C 05-4656 PJH

1 **[PROPOSED] ORDER**

3   Pursuant to Stipulation, it is hereby ORDERED that Best Buy shall be allowed to file a
4 Reply Brief of up to 20 pages in length.

DATED:  __11/8/06_____   _____

PHYLLIS J. HAMILTON,
United States District Judge

