1  Drexel A. Bradshaw (SBN 209584)
   Scott A. Freedman (SBN 240872)
2  Bradshaw & Associates, P.C.
   575 Market Street
3  Twenty-second Floor
   San Francisco, CA 94105
4  Phone: (415) 433-4800
   Fax:    (415) 433-4841
5  drexel@bradshawassociates.com

6  Attorneys for Plaintiff Identity Arts LLC

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  Identity Arts, a California Limited Liability Company, | CASE NO.: C 05-04656 PJH |
| 13 | |
|      Plaintiff, | (RELATED CASE NO.: C-06-01631 PJH) |
| 14 | |
|      vs. | [~~PROPOSED~~] ORDER ON APPLICATION BY PLAINTIFF IDENTITY ARTS LLC'S FOR ORDER PERMITTING THE USE OF VIDEO PROJECTOR AT NOVEMBER 29, 2006 HEARING ON MOTION BY DEFENDANTS, BEST BUY ENTERPRISE SERVICES, INC. AND BEST BUY CO, INC. FOR JUDGMENT ON THE PLEADINGS |
| 15 | |
| 16  Best Buy Enterprise Services, Inc., a Minnesota Corporation, et al., | |
| 17 | |
|      Defendants. | |
| 18 | |
| 19 | (No hearing requested) |

20      GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT: Counsel for Plaintiff Identity

21  Arts LLC shall be permitted to bring to the courtroom on November 29, 2006, for use in presenting its

22  argument in opposition to the Motion by Defendants Best Buy Enterprise Services, Inc. and Best Buy

23  Co. Inc. for Judgment on the Pleadings, the following audio-visual equipment:

24      1)  A video projector; and

25      2)  A laptop computer or DVD player to be connected to the video projector.

26  DATED: November  20 , 2006
                                        _____
27                                      Honorable Phyllis J. Hamilton
                                        United States District Court
28

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 1 -

*Identity Arts, LLC v. Best Buy Enterprise Services, Inc. et al. – [Proposed] Order on Application by Plaintiff Identity Arts LLC's for Order Permitting the Use of Video Projector at November 29, 2006 Hearing on Motion by Defendants, Best Buy Enterprise Services, Inc. and Best Buy Co., Inc. for Judgment on the Pleadings*                                    C 05-04656 PJH
Z:\Clients\2005\57-Identity Arts, LLC v. Best Buy\PLED\Proposed Order on Application re Use of Video Projector-SF- 835.docLast printed 11/20/2006 8:43:00 AM