UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IDENTITY ARTS, a California Limited Liability Company,

    Plaintiff,

    v.

BEST BUY ENTERPRISE SERVICES INC., a Minnesota Corporation, et al.,

    Defendants.
_____/

GEE JEFFERY & PARTNERS ADVERTISING, INC.,

    Plaintiff,

    v.

BEST BUY CO., INC., et al.,

    Defendants.
_____/

No. C 05-4656 PJH
No. C 06-1631 PJH

**ORDER STAYING DISCOVERY AND VACATING TRIAL DATE**

    Pursuant to the request of the parties, all discovery and settlement conferences in these cases are stayed pending the court's ruling on the motions for judgment on the pleadings heard on November 29, 2006, and the April 2008 trial date is vacated. A case management conference will be held, either telephonically or in person, after the order is entered to establish a new pretrial schedule and trial date.

**IT IS SO ORDERED.**

Dated: January 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge