1  Robert F. Hinton, Bar No. 98110
   RFHinton@rkmc.com
2  David Martinez, Bar No. 193183
   DMartinez@rkmc.com
3  Robins, Kaplan, Miller & Ciresi L.L.P.
   2049 Century Park East, Suite 3700
4  Los Angeles, CA  90067-3211
   Telephone:   310-552-0130
5  Facsimile:    310-229-5800

6  Attorneys for Defendants
   BEST BUY ENTERPRISE SERVICES, INC. and
7  BEST BUY CO., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IDENTITY ARTS, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>BEST BUY ENTERPRISE SERVICES, INC., a Minnesota Corporation, BEST BUY CO., INC., a Minnesota Corporation and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No.  C 05-4656 PJH<br>   related to<br>Case No. C 06-1631 PJH<br><br>[Assigned For All Purposes To The Honorable Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION DIRECTING ENTRY OF JUDGMENT** |

WHEREAS, Plaintiff has filed a Motion for Order Directing Entry of Judgment Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, or in the Alternative, an Order Certifying Grounds for Interlocutory Appeal Pursuant to 28 U.S.C. section 1292(B);

WHEREAS, the hearing on Plaintiff's Motion is currently set for July 11, 2007 ("Hearing Date");

///

WHEREAS, the parties are currently engaged in settlement discussions;

WHEREAS, the parties agree that a short continuance of the Hearing Date would assist them in evaluating settlement:

THE PARTIES HEREBY STIPULATE, subject to Court approval, that the Hearing Date should be continued for 28 days, until Wednesday, August 8, 2007, or any other subsequent hearing date that is convenient for the Court.

DATED: June 19, 2007    **BRADSHAW & ASSOCIATES, P.C.**

By:    /S/ Drexel Bradshaw
Drexel Bradshaw

Attorneys for Plaintiff Identity Arts, LLC

DATED: June 19, 2007    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /S/ David Martinez
David Martinez

Attorneys for Defendants Best Buy Enterprise Services, Inc. and Best Buy Co., Inc.

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Executed this 19th Day of June, at Los Angeles, California.

/S/ David Martinez

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Executed this 19th Day of June, at San Francisco, California.

/S/ Drexel A. Bradshaw

1

# [~~PROPOSED~~] ORDER

2

3    Pursuant to Stipulation, it is hereby ORDERED that the hearing on Plaintiff's Motion for

4 Order Directing Entry of Judgment Pursuant to Rule 54(b) of the Federal Rules of Civil

5 Procedure, or in the Alternative, an Order Certifying Grounds for Interlocutory Appeal Pursuant

6 to 28 U.S.C. section 1292(B) is hereby continued to August 8, 2007 at 9:00 a.m.

7

8    DATED:  6/27/07                              _____
                                                   PHYLLIS J. HAMILTON
9                                                  United States District Judge



IT IS SO ORDERED
Judge Phyllis J. Hamilton

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60146386.1                          - 3 -                STIPULATION AND [PROPOSED] ORDER TO CONTINUE
                                                             HEARING DATE
                                                             Case No. C 05-4656 PJH