UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IDENTITY ARTS, LLC,
          Plaintiff,

   v.

BEST BUY ENTERPRISE SERVICE, INC., et al.,
          Defendants.
_____/

No. C 05-04656 PJH
(Related Case No. 06-1631 PJH)

**ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE**

On August 31, 2007, defendants filed a motion for attorney fees and costs, noticing that motion for hearing on October 24, 2007. The court will decide the motion on the papers unless after review of the papers, the court determines that a hearing is necessary. The October 24, 2007 hearing date is hereby VACATED. The court ORDERS that the following briefing schedule shall apply: plaintiffs' opposition shall be due on September 19, 2007, and defendants' reply shall be due on September 26, 2007.

IT IS SO ORDERED.

Dated: September 4, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

1