UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IDENTITY ARTS, LLC,

        Plaintiff(s),

   v.

BEST BUY ENTERPRISE SERVICE, INC., et al.,

        Defendant(s).
_____/

No. C 05-4656 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOLLOWING DECISION BY THE COURT OF APPEAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

The mandate of the Court of Appeals for the Ninth Circuit having been filed on April 24, 2009, a Case Management Conference shall be held on June 11, 2009, at 2:30 p.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) calendar days prior to the conference.

**SO ORDERED.**

Dated: May 12, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge