ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  Robert F. Hinton, Bar No. 98110
   RFHinton@rkmc.com
2  David Martinez, Bar No. 193183
   DMartinez@rkmc.com
3  Robins, Kaplan, Miller & Ciresi L.L.P.
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:  (310) 552-0130
5  Facsimile:   (310) 229-5800

6  Attorneys for Defendants
   BEST BUY ENTERPRISE SERVICES, INC. and
7  BEST BUY CO., INC.

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  IDENTITY ARTS, a California Limited          Case No.  C 05-4656 PJH
    Liability Company,                                  related to
13                                               Case No. C 06-1631 PJH
                   Plaintiff,
14                                               [Assigned For All Purposes To The Honorable
         v.                                      Phyllis J. Hamilton]
15
    BEST BUY ENTERPRISE SERVICES,                **STIPULATION AND [~~PROPOSED~~] ORDER
16  INC., a Minnesota Corporation, BEST          TO CONTINUE CASE MANAGEMENT
    BUY CO., INC., a Minnesota Corporation       CONFERENCE FOR TWO WEEKS**
17  and DOES 1 through 100 inclusive,
18                 Defendants.
19
20
21

22

23       WHEREAS, the Court has scheduled a Case Management Conference currently set for

24  June 11, 2009 ("CMC");

25       WHEREAS, counsel for Defendants BEST BUY ENTERPRISE SERVICES, INC. and

26  BEST BUY CO., INC. (collectively, "Best Buy") has a full-day mediation in Los Angeles on

27  June 11, 2009 that conflicts with the CMC;

28  / / /

1    WHEREAS, Best Buy's counsel can attend by teleconference, but is informed that the

2  Court wishes counsel to personally attend the CMC;

3    WHEREAS, the parties have met and conferred and hereby agree to a short continuance

4  of the CMC, subject to approval by this Court:

5    THE PARTIES HEREBY STIPULATE, subject to Court approval, that the CMC should

6  be continued until Thursday, June 25, 2009 at 2:30 p.m., or any other subsequent hearing date that

7  is convenient for the Court.  The parties Joint Case Management Conference Statement shall be

8  due on June 18, 2009, or seven days prior to any date set by the Court.

9

10   DATED:  June 1, 2009                    **BRADSHAW & ASSOCIATES, P.C.**

11                                           By:___/S/ Drexel Bradshaw_____
                                                Drexel Bradshaw
12
                                             Attorneys for Plaintiff Identity Arts, LLC
13

14

15   DATED:  June 1, 2009                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

16                                           By:___/S/ David Martinez_____
                                                David Martinez
17
                                             Attorneys for Defendants Best Buy
18                                           Enterprise Services, Inc. and Best Buy Co.,
                                             Inc.

19

20                          **[PROSOSED] ORDER**

21     Pursuant to Stipulation, it is hereby ORDERED that the Case Management Conference is

22  hereby continued to June 25, 2009 at 2:30 p.m.  The parties' Joint Case Management Conference

23  Statement shall be due on June 18, 2009.

24
     DATED:  ___6/2/09_____
25                                           
                                             _____
26                                           PHYL                          IT IS SO ORDERED
                                             United
27                                                         Judge Phyllis J. Hamilton

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES