UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IDENTITY ARTS, a California Limited Liability Company,

    Plaintiff,

    v.

BEST BUY ENTERPRISE SERVICES INC., a Minnesota Corporation, et al.,

    Defendants.
_____/

No. C 05-4656 PJH

**ORDER RE: MOTION FOR ATTORNEYS' FEES**

    The court has received notice that the Ninth Circuit granted defendants' request to transfer its motion for attorneys' fees *on appeal* to this court. The parties are ORDERED to submit chambers copies of all motion papers filed before the Ninth Circuit to this court **no later than June 18, 2009.** The motion will be decided on the papers unless the court notifies the parties otherwise.

    The case management conference scheduled for **Thursday, June 25, 2009,** will go forward as planned.

**IT IS SO ORDERED.**

Dated: June 11, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge