Robert F. Hinton, Bar No. 98110
RFHinton@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Attorneys for Defendants
BEST BUY ENTERPRISE SERVICES, INC. and
BEST BUY CO., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IDENTITY ARTS, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY ENTERPRISE SERVICES, INC., a Minnesota Corporation, BEST BUY CO., INC., a Minnesota Corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.  C 05-4656 PJH<br>related to<br>Case No. C 06-1631 PJH<br><br>[Assigned For All Purposes To The Honorable Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FOR FIVE WEEKS** |

    WHEREAS, the Court has scheduled a Case Management Conference that was originally set for June 11, 2009 ("CMC");

    WHEREAS, the Court previously continued the status conference for two weeks, though June 25, 2009;

    WHEREAS, the parties are engaged in settlement discussions to resolve this case, and have exchanged settlement proposals.

1  WHEREAS, the parties have met and conferred and hereby agree that a short continuance
2  CMC, subject to approval by this Court, would be in the interest of judicial economy and the
3  preservation of party resources, and would facilitate settlement discussions.

4  WHEREAS, due to intervening commitments, including the impending birth of a child,
5  the first available date for the parties' counsel consistent with this Court hearing schedule for
6  CMC is July 30, 2009.

7  THE PARTIES HEREBY STIPULATE, subject to Court approval, that the CMC should
8  be continued until Thursday, July 30, 2009 at 2:30 p.m., or any other subsequent hearing date that
9  is convenient for the Court. The parties Joint Case Management Conference Statement shall be
10 due seven days prior to any date set by the Court.

Respectfully submitted,

DATED:  June 18, 2009           **BRADSHAW & ASSOCIATES, P.C.**

                                By:   /S/ Drexel Bradshaw
                                      Drexel Bradshaw

                                Attorneys for Plaintiff Identity Arts, LLC


DATED:  June 18, 2009           **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                By:   /S/ David Martinez
                                      David Martinez

                                Attorneys for Defendants Best Buy
                                Enterprise Services, Inc. and Best Buy Co.,
                                Inc.

60297543.1                      - 2 -           STIPULATION AND [PROPOSED]
                                                ORDER TO CONTINUE CMC
                                                Case No. C 05-4656 PJH

# [~~PROPOSED~~] ORDER

Pursuant to Stipulation, it is hereby ORDERED that the Case Management Conference is hereby continued to July 30, 2009 at 2:30 p.m. The parties' Joint Case Management Conference Statement shall be due on July 23, 2009.

DATED: 6/22/09



PHYLLIS J. HAMILTON
United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60297543.1

- 3 -

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC
Case No. C 05-4656 PJH