Robert F. Hinton, Bar No. 98110
RFHinton@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Defendants
BEST BUY ENTERPRISE SERVICES, INC. and
BEST BUY CO., INC.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IDENTITY ARTS, a California Limited Liability Company,

Plaintiff,

v.

BEST BUY ENTERPRISE SERVICES, INC., a Minnesota Corporation, BEST BUY CO., INC., a Minnesota Corporation and DOES 1 through 100 inclusive,

Defendants.

Case No. C 05-4656 PJH

[Assigned For All Purposes To The Honorable Phyllis J. Hamilton]

**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**

///

///

///

///

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the parties' confidential Settlement Agreement and Mutual General Release, the parties hereby stipulate to dismissal of Plaintiff's action with prejudice with each side to bear its own attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement and Mutual General Release.

SO STIPULATED AND AGREED:

Dated: September 15, 2009

CALVO & CLARK, LLP

By: ______________________
William N. Hebert
Attorneys for Plaintiff
IDENTITY ARTS, LLC

Dated: September 15, 2009

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
David Martinez
Attorneys for Defendants
BEST BUY ENTERPRISE SERVICES, INC. and BEST BUY CO., INC.

**ORDER**

The parties having so stipulated, it is so ordered that this action is dismissed with prejudice. The Court shall retain jurisdiction for twelve (12) months to enforce the terms of the parties' confidential Settlement Agreement and Mutual General Release.

IT IS SO ORDERED.

Dated: 9/16/09

______________________
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES